**TO BE FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:11-cv-00134-TBR

MILTON D. PERRY                                                                                      PLAINTIFF

vs.                                              **MOTION TO DISMISS**

CITY OF OAK GROVE                                                                                DEFENDANT

Comes now the Defendant, City of Oak Grove, by counsel, and respectfully moves the Court to dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. A Memorandum of Law in Support of Defendant's Motion to Dismiss and a proposed Order has been filed simultaneously herewith.

Respectfully submitted,

STURGILL, TURNER, BARKER & MOLONEY, PLLC


/s/  *Charles D. Cole*
CHARLES D. COLE
DERRICK T. WRIGHT
333 West Vine Street, Suite 1400
Lexington, Kentucky 40507
Telephone:  (859) 255-8581
ccole@sturgillturner.com
dwright@sturgillturner.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  I certify that on August 26th, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification to the following:

Todd C. Barsumian todd@barsumianlaw.com

             /s/  *Charles D. Cole*
             Charles D. Cole
             ATTORNEY FOR DEFENDANT

x:\wdox\clients\64061\0006\pleading\00219596.docx